UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-13-12
```

UNITED STATES OF AMERICA

-v-

FAHD HUSSAIN, *et al.*,

Defendants.

No. 12 Cr. 45 (RJS)
<u>AMENDED ORDER</u>

RICHARD J. SULLIVAN, District Judge:

By Order dated September 7, 2012, the Court, *inter alia*, extended the deadline for Defendants to file their contemplated substantive motions, if any, and ordered the government to submit a letter "informing the Court as to the status of the decision as to whether it will pursue the death penalty for capital [and] potential capital charges." The Court is now in receipt of the government's response, dated September 12, 2012, indicating that a decision is still pending. In light of the government's representations, IT IS HEREBY ORDERED that the conference scheduled for September 19, 2012 at 10:00 a.m. in *United States v. Jermaine Dore*, No. 12 Cr. 45 (RJS), shall also serve as a conference to address the impact of the government's decisionmaking process on the motions and trial schedules already set by the Court in this matter. Accordingly, IT IS FURTHER ORDERED that all of the parties in this matter shall appear for the aforementioned conference.

SO ORDERED.

Dated:   September 13, 2012
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE