UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                          :
UNITED STATES OF AMERICA,      :
                                          :        12 Cr. 045 (RJS)
   – *against* –                    :
                                          :        NOTICE OF MOTION
JERMAINE DORE (2),               :        TO SUPPRESS EVIDENCE
                                          :
                Defendant.        :        <u>Electronically Filed</u>
                                          :
-------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Alice L. Fontier, Esq., the Exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, JERMAINE DORE, will move before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, on October 24, 2012, for an order:

      (a)     suppressing the historical cell site evidence seized pursuant to a warrantless search; and

      (b)     for any such other and further relief as to the Court seems just and proper.

Dated:  September 28, 2012
            New York, New York                Respectfully submitted,

                                                        <u>/S/ Alice L. Fontier        </u>
                                                        Alice l. Fontier
                                                        DRATEL & MYSLIWIEC, P.C.
                                                        2 Wall Street, 3rd Floor
                                                        New York, New York 10005
                                                        (212) 732-0707
                                                        Afontier@dratelmys.com

                                                        *Attorney for Defendant Jermaine Dore*

To: THE HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK