UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-12
```

UNITED STATES OF AMERICA,

-v-

FAHD HUSSAIN, *et al.*,

               Defendants.

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    For the reasons stated on the record at the October 24, 2012 conference and oral argument (the "conference"), the Court denies Defendant Dore's motion to suppress historic cell-site evidence and, to the extent that the motion applies to any of the other Defendants, to them as well. Also for the reasons stated on the record at the conference, the Court denies Defendant Singh's motion for severance. Accordingly, the Clerk of the Court is respectfully directed to terminate the motions located at Doc. Nos. 70 and 85.

SO ORDERED.

Dated:    October 24, 2012
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE